Entered on Docket
August 31, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 30, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**



Darya S. Druch (SBN 135827)
Attorney at Law
One Kaiser Plaza, Suite 480
Oakland, CA 94612
Phone :( 510)465-1788
Fax: (510)874-7219
Email: darya@daryalaw.com

Attorney for Defendant
Giuseppe Ressa

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Giuseppe Ressa

         Debtor

Kevin Traylor

V.

Giuseppe Ressa

Case No.: 10-31376

Chapter: 7

AP: 10-03095

ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM

Date: August 27, 2010
Time: 10:00 a.m.
Place: 235 Pine Street
       22nd Floor
       San Francisco, CA 94120

    Upon the Motion to Dismiss for Failure to State a Claim, heard by this court on August 27, 2010, with Darya S. Druch appearing for the Defendant and moving party and Seth Wiener appearing for the Plaintiff, having reviewed the pleadings and argument of counsel, and good cause appearing therefore:

- 1

IT IS HEREBY ORDERED that for the reasons stated on the record the Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff has leave to amend within 30 days of the entry of this Order.

IT IS FURTHER ORDERED that in the event that an Amended Complaint is timely filed, the Status Conference in this case is continued to October 22, 2010 at 1:30 pm, and the initial disclosures required by FRBP 7026(a) are suspended until the status conference, with the parties to report to the court at that time as to how the case will proceed.

*** END OF ORDER***